UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ROBERT WEEKES,                                               :
:
               Plaintiff,                :    22-CV-1847 (VSB)
:
     -against-                                              :
:    **ORDER**
:
LIFE ELECTRIC VEHICLES, INC.,                                :
:
               Defendant.                :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported that the parties have reached a settlement in principle. (Doc. 13.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  June 23, 2022
        New York, New York

                                                                 Vernon S. Broderick
                                                                 United States District Judge